ORIGINAL

RECEIVED
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  ELEANOR TUMANENG ANGELES, State Bar #195235
   ANGELES AND ASSOCIATES
2  2610 Central Avenue, Ste 130
   Union City, CA 94587
3  (510) 487-7475 office
   (510) 487-7275 facsimile
4
   Attorney for Petitioner
5  MING CHEN GEORGE YANG

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11                                    CV 08  80 023 MISC
   In the Matter of:              )  No. MISC
12                                 )
                                   )  ORDER CHANGING THE DATE
13  MING CHEN GEORGE YANG,         )  OF BIRTH ON PETITIONER'S
                                   )  CERTIFICATE OF
14                                 )  NATURALIZATION
                                   )
15           Petitioner.           )  Hearing date:
   _____ )  Time:
16
        This motion is accompanied and supported by the attached memorandum of points and
17
   authorities, declarations, and exhibits.
18
        On _____, upon a properly noticed motion, the Court considered the
19
   submitted motion of Petitioner MING CHEN GEORGE YANG for an order to change the date
20
   of birth on his naturalization certificate.
21
        After due consideration of the moving papers, and good cause appearing, the Court found
22
   as follows:
23
        1.   The Motion is granted.
24
        2.   Petitioner's date of birth on his naturalization certificate to be changed to
25
             February 3, 1941 to indicate Petitioner's correct birth date.
26
   IT IS SO ORDERED.
27
   Dated: _____          _____
28

---

**ORDER CHANGING DATE OF BIRTH ON PETITIONER'S NATURALIZATION
CERTIFICATE**                                                                    1