ORIGINAL



1    ELEANOR TUMANENG ANGELES, State Bar #195235
     ANGELES & ASSOCIATES
2    2610 Central Avenue, Ste 130
     Union City, CA 94587
3    (510) 487-7475 office
     (510) 487-7275 facsimile
4
     Attorney for Petitioner
5    MING CHEN GEORGE YANG

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION



11
     In the Matter of:              CV   08misc 8 0 0 2 3MISC
12                           )
                             )      DECLARATION OF
13                           )      MING CHEN GEORGE YANG
                             )      IN SUPPORT OF MOTION TO
14                           )      CHANGE DATE OF BIRTH ON
                             )      PETITIONER'S CERTIFICATE
15   MING CHEN GEORGE YANG,  )      OF NATURALIZATION
                             )
16              Petitioner.  )      Hearing date:
                             )      Time:
17

18        I, MING CHEN GEORGE YANG, declare:

19        1.    I am the Petitioner in this matter and am preparing this declaration in support of

20   my motion for an order to change the date of birth on my naturalization certificate. I am making

21   this declaration as to the facts as I know them or as I believe them to be true. If called to

22   personally testify in court, I would testify honestly and competently as to the matters set forth

23   below.

24        2.    I was born on February 3, 1941 in Shanghai, China. According to my file with the

25   United States Citizenship and Immigration Services["USCIS"], my father prepared an April 23,

26   1952 Statutory Declaration which stated that my birth date was February 3, 1941. See EXHIBIT

27   A, which is the USCIS's February 23, 2007 Decision to deny my request for a change of my birth

28   date on my naturalization certificate which makes reference to the April 23, 1952 Statutory

     DECLARATION OF MING CHEN GEORGE YANG IN SUPPORT OF MOTION TO
     CHANGE DATE OF BIRTH ON NATURALIZATION CERTIFICATE                    1

1  Declaration. I do not have an official birth certificate because as explained in EXHIBIT A,
2  attached to the April 23, 1952 Statutory Declaration was a statement from the Vice Consul of the
3  United States which indicated that a birth certificate was not available for me "because the
4  Government of China does not maintain the pertinent record." See EXHIBIT A, which makes
5  reference to the Vice Consul's statement.

6      3.      Sometime in 1958 when I was 17 years old, my parents sought political asylum
7  from the Communist regime in China and my family was thereafter sponsored by the World
8  Council of Churches. On August 19, 1958, I was issued a Certificate of Identity by an
9  Immigration Officer in Hong Kong, which stated that my birth date was February 3, 1941. See
10 EXHIBIT B, which is my Certificate of Identity. After my family was granted asylum, I used this
11 Certificate of Identity, which served as a national passport, to enter the United States as a lawful
12 permanent resident on February 11, 1959.

13     4.      In 1963, I became eligible to become a U.S. citizen and therefore submitted a
14 March 11, 1963 Declaration of Intent to become a U.S. citizen. See EXHIBIT C, which is my
15 March 11, 1963 Declaration of Intent. My March 11, 1963 Declaration of Intent and my initial
16 application for naturalization state that my birth date is February 3, 1941. See EXHIBIT C.
17 Therefore, up until this time, I had always believed that February 3, 1941 was my birth date and
18 as such I used that birth date on my immigration and naturalization documents.

19     5.      Sometime after I submitted my naturalization application, my sister and I received
20 information from our parents that our dates of birth were allegedly reported incorrectly to the
21 Hong Kong government as the result of an incorrect conversion from the Chinese Lunar Year to
22 the Western calendar. I did not doubt nor question this information from my parents regarding
23 our birth dates because as a young adult in 1964, I had deferred to my parents' information and
24 instructions, especially because they were more knowledgeable than me about Chinese culture
25 and tradition. Accordingly, I submitted a letter on March 3, 1964 to request that my birth date be
26 changed from February 3, 1941 to February 3, 1942, the date my parents had told me was my
27 actual birth date. See EXHIBIT D, which is the March 3, 1964 Letter. On June 9, 1964, I

28

**DECLARATION OF MING CHEN GEORGE YANG IN SUPPORT OF MOTION TO
CHANGE DATE OF BIRTH ON NATURALIZATION CERTIFICATE**                    2

1  obtained my citizenship and a certificate of naturalization indicating my date of birth as February
2  3, 1942.

3        6.      Years later, I discovered that my parents were actually incorrect in their
4  determination that they had reported my sister's and my birth dates to the Hong Kong
5  government based on an erroneous conversion from the Chinese Lunar calendar to the Western
6  calendar. I eventually learned from my father that my parents had believed that there was an
7  incorrect conversion of my birth date because my parents thought that my birth date should be
8  listed as February 3, 1942 in order to comply with the Chinese Lunar calendar. By complying
9  with the Chinese Lunar calendar and listing my birth date as February 3, 1942, my parents
10 believed that it would make me a year younger according to the Chinese Lunar calendar so that
11 my birth year and age would then be consistent. As such, my parents had believed that since I
12 was born before the new year according to the Chinese Lunar calendar, then I would have been
13 already one year old on my actual birth date of February 3, 1941 according to the Chinese Lunar
14 calendar. Therefore, when my parents told me in 1964 that there was an incorrect conversion of
15 my birth date from the Chinese Lunar calendar to the Western calendar, they were under the
16 assumption that February 3, 1942 was my correct birth date based on their belief that the new
17 year in 1941 fell after February 3, 1941.

18        7.      I discovered that my parents were incorrect in their belief that my birth date was
19 February 3, 1942 because the Chinese New Year in 1941 began on January 27, 1941, which
20 means that my actual birth date of February 3, 1941 fell *after* the Chinese New Year.[1] This
21 means that my birth date of February 3, 1941 coincided with my actual age according to both the
22 Chinese Lunar calendar and Western calendar. In other words, on my birthday in 1942, I was one
23 year old according to both calendars.

24        8.      Because I had discovered that February 3, 1941 was my true date of birth, I never

26      [1] According to the website at http://www.asia-home.com/china/lunarcal.php, the New
27 year began on Jan. 27, 1941. Also, February 3, 1941 was the 8th day of the new year on the
   Chinese Lunar calendar.[ http://www.chinesefortunecalendar.com/TDB/lunarcal1.asp]
28

**DECLARATION OF MING CHEN GEORGE YANG IN SUPPORT OF MOTION TO
CHANGE DATE OF BIRTH ON NATURALIZATION CERTIFICATE**                    3

1 officially changed my date of birth with any other governmental agency or on any other record or
2 document, including with the Social Security Administration and the California State Department
3 Motor Vehicles, as all of these records indicated my birth date as February 3, 1941. Accordingly,
4 I continued to use February 3, 1941 as my actual birth date. An April 2007 Report on
5 Confidential Social Security Benefit Information lists my date of birth as February 3, 1941. See
6 EXHIBIT E, the April 2007 Report on Confidential Social Security Benefit Information. On my
7 California Driver's License, my date of birth is stated as February 3, 1941. See EXHIBIT F, my
8 California Driver's License. Documents from Medicare, the California State Teacher's
9 Retirement System, Kaiser Permanente (my health insurance), and my employment records also
10 indicate that my birth date is February 3, 1941. See EXHIBITS G, H, I, and J, the documents
11 from Medicare, the California State Teacher's Retirement System, Kaiser Permanente, and my
12 employment records.

13   9.   I had not previously requested a change of my birth date on my naturalization
14 certificate because it had not become an issue until I sought to update my passport to indicate my
15 true birth date of February 3, 1941. I was instructed that my passport could not be updated to
16 indicate my true birth date until I had my naturalization certificate changed to reflect my actual
17 birth date. Moreover, I had become concerned that there would be an issue of a double identity if
18 my naturalization certificate and passport indicated a different birth date than my other official
19 documents, including my drivers' license and Social Security information.

20   10.   Accordingly, I attempted to change my birth date on my naturalization certificate
21 by first sending a letter to the USCIS in San Francisco then later submitting a Form N–565,
22 Request for Replacement of Naturalization/Citizenship Document, with the USCIS in order to
23 obtain an amended certificate of naturalization, which would indicate my true and correct birth
24 date of February 3, 1941. However, the USCIS denied my request on February 23, 2007. See
25 EXHIBIT A.
26 ///
27 ///
28

**DECLARATION OF MING CHEN GEORGE YANG IN SUPPORT OF MOTION TO CHANGE DATE OF BIRTH ON NATURALIZATION CERTIFICATE**   4

1    I declare under penalty of perjury under the laws of the state of California that the

2    foregoing is true and correct.

3        Executed in Union City, California, this 23rd day of July, 2007.

4

5

6
                                    MING CHEN GEORGE YANG
7  1̲                                 Petitioner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF MING CHEN GEORGE YANG IN SUPPORT OF MOTION TO CHANGE DATE OF BIRTH ON NATURALIZATION CERTIFICATE**                    5



**U.S. Department of Homeland Security**
630 Sansome Street, Citizenship Branch
San Francisco, CA 94111

**U.S. Citizenship
and Immigration
Services**

Ming Chen George Yang                    Refer to File Number:
89 Basinside Way                              A 11 575 956/CB
Alameda, CA 94502                          FEB 2 3

## DECISION

Upon consideration, it is ordered that your <u>Form N-565, Application for Replacement Naturalization/ Citizenship document</u>, be denied for the following reason(s):

See Attachment

If you desire to appeal this decision, you may do so. Your notice of appeal must be filed <u>within 30 days</u> from the date of this notice (33 days if this notice was received by mail). If no appeal is filed within the time allowed, this decision is final. Appeal in your case may be made to:

    Administrative Appeals Unit in Washington, D.C. on the enclosed Form I-290B.
    (A fee of $385.00 is required).

If an appeal is desired, the Notice of Appeal shall be executed and filed with this office, together with the required fee. A brief or other written statement in support of your appeal may be submitted with the Notice of Appeal.

Any question that you may have will be answered by the local immigration office nearest your residence, or at the address shown in the heading to this letter.

Sincerely yours,

David N. Still
District Director

Enclosure: Attachment to From I-290B
cc: Eleanor T. Angeles

*Date* 19th August, 1958.

Authority issuing Certificate:—Immigration Officer.

Place of issue of Certificate:—HONG KONG.

### CERTIFICATE OF IDENTITY

Valid until .................................................. 18th August, 1959.

The present certificate is issued for the sole purpose of providing the holder with identity papers in lieu of a national passport. It is without prejudice to and in no way affects the national status of the holder. If the holder obtains a national passport it ceases to be valid and must be surrendered to the issuing authority.



Signature of Holder.

楊銘仁

### DESCRIPTION.

Age ............. 17

Height ......... 5' 6"

Hair ............. Black

Eyes ........... Dark brown

Face ........... Oval

Nose ........... Oriental

Special peculiarities ..................

............................ nil

Remarks:—

  Valid for travel to U.S.A.
  via all necessary countries
  enroute.

Surname ................................... YANG

Forenames ............................... Ming Chen

Date of Birth ........................... 3.2.1941

Place of Birth .......................... Shanghai, China

Nationality of origin ................. Chinese

Surname and forename of Father ...................................

............................................ YANG Yuan Liang

Surname and forename of Mother ...................................

............................................ YANG LIEU Ying Sih

Name of Wife (husband) ............. nil

Names of children ...................... nil

Occupation ............................... Student

Former residence abroad ............. China

Present residence in Hong Kong ...................................

450, Chatham Road, 3rd floor, Kowloon.

Hong Kong Identity Card No. ..... ▮▮▮▮▮

The undersigned certifies that the photograph and signature hereon are those of the bearer of the present document.

This Certificate is not available during its validity for the holder's return to Hong Kong without visa.

FEE $24.00 PAID

Shroff's Signature ...................

Date ...............

Signature of the issuing authority.

.............................................
*Immigration Officer.*

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

Form approved.
Budget Bureau No. 43-R076.5.

**Alien Registration No.**

**TRIPLICATE**

(To be given to
declarant when
originally issued)

# UNITED STATES OF AMERICA

## DECLARATION OF INTENTION

No. **129.**

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF TEXAS

ss:

In the **United States District Court**

**Northern District**

of **Texas** at **Lubbock**

(1) My full, true, and correct name is **MING-CHEN GEORGE YANG**

(Full, true name, without abbreviation, and any

other name which has been used, must appear here) (2) My present place of

residence is **McDonald Hall, Wayland College, Plainview, Texas**

(Number and street) (City or town) (County) (State)

(3) I was born **Feb. 3, 1941** in **Shanghai** **China**

(Month) (Day) (Year) (City or town) (County, district, province, or State) (Country)

(4) My personal description is as follows: Sex **male**, complexion **yellow**, color of eyes **brown**,
color of hair **dark**, height **5** feet **5** inches, weight **120** pounds, visible distinctive
marks **no** , the country of which I am a citizen, subject,
or national **Republic of China (refuse to Hong Kong** (5) I am **not** married; the name
of my wife or husband is ..................... (6) My lawful admission for
permanent residence in the United States was at **Honolulu T.H.** **Hawaii**

(City or town) (State)

under the name of **Ming-Chen Yang** on **Feb. 11, 1959**

(Month) (Day) (Year)

on the **S. S. President Wilson** and I am now residing in

(Name of vessel or other means of conveyance)

the United States pursuant to such admission. (7) It is my intention in good faith to become a citizen of the United
States. (8) I certify that the photograph affixed to the duplicate and triplicate hereof is a likeness of me and was
signed by me.

I do swear (affirm) that the statements I have made and the intentions I have expressed in this declaration of
intention subscribed by me are true to the best of my knowledge and belief: SO HELP ME GOD.



*Ming-Chen George Yang*

*Ming-Chen George Yang*
(Original and true signature of declarant without abbreviation,
also other name if used)

Subscribed and sworn to (affirmed) before me in the form of oath
shown above in the office of the Clerk of said Court, at .....................
**Lubbock, Texas**, this **11th of March,**
anno Domini 19**61**. I hereby certify that authorization for the issu-
ance of this declaration has been received by me from the Immigration
and Naturalization Service, and that the photograph affixed to the
duplicate and triplicate hereof is a likeness of the declarant.

**JOHN A. LOWTHER,**

Clerk of the **U. S. District Court**

(Court)

By ..................... Deputy Clerk.

**(Jacqueline Siniard)**

Form N-315
(Rev. 8-1-40)

U.S. GOVERNMENT PRINTING OFFICE: 1960—O-564845

Sep 15 06 02:48p    Doreen Yang



Due to an error in converting from the Chinese Calender to the Western calender, my sister and my date of birth (Ming Wei- Lena YANG, and Ming-Chen George YANG) were reported incorrectly with the Hong Kong Government, and have since then, been in error on all other documents. We wish, at this time, in filing our petition for naturalization, to correct this error, and from this day on have them change to the correct date of birth. Ming-Wei Lena Yang's correct date of birth should be January 31st, 1941 instead of January 31st, 1940, and that of Ming-Chen George Yang's should be February 3rd, 1942 instead of February 3, 1941.

The date of birth appearing on the application for petition for naturalization of the two above mentioned persons are now filled in correctly.

I am thanking you in anticipation of your kind services.

Yours sincerely,

SOCIAL SECURITY ADMINISTRATION 

## REPORT OF CONFIDENTIAL
## SOCIAL SECURITY BENEFIT INFORMATION

| SOCIAL SECURITY CLAIM NUMBER | BIC |
|---|---|
|  |  |

Information about a person's Social Security Benefits is confidential by law.   Except under certain circumstances specified by law and regulations, the Social Security Administration does not reveal such information to any person except the beneficiary involved, or his or her authorized representative.

| Beneficiary's name and address | 1. Name of person or agency from whom a request for benefit information was received. |
|---|---|
| • MING C. YANG<br><br>, | ☐ Beneficiary<br><br>☒ Other *(Show name and address)* |

The person or agency named in item (1) above has requested information about your benefits. The information requested has been provided in the items checked (√) below, and is being sent to you for your convenience. If you want the requesting agency (other than yourself) to have this information, you may show or send them this official report.

| | | |
|---|---|---|
| 2. ☐ | The gross amount of your monthly Social Security benefit is | $ |
| | The amount deducted for Medicare is | $ |
| | The net amount of your Social Security check each month is | $ |
| 3. ☐ | The above amount became effective | Month-Year |
| 4. ☐ | Your monthly benefit          From (month-year)          Through (month-year)<br>(before deduction for Medicare) | $ |
| 5. ☐ | The monthly amount of your Supplemental Security Income payment is | $ |
| 6. ☐ | The above amount became effective | Month-Year |
| 7. ☐ | The total monthly amount of your Social Security benefit and supplemental security income payment is | $ |
| 8. ☒ | According to our records your date of birth is | Month-Day-Year<br>02-03-1941 |
| 9. ☐ | We are unable, at this time, to tell you whether benefits may be payable in your case, because the processing of your claim for disability benefits has not been completed.  If it is determined that benefits are payable, you will receive notification of the exact amount and effective date. | |
| 10. ☐ | Other | |

Social Security Admin

APR 1 9 2007

San Leandro
California

| SS DISTRICT OFFICE ADDRESS<br>320 Davis St.<br>San Leaandro, CA 94577- | SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL |
|---|---|
| | TELEPHONE NO. (Include Area Code)<br>(510) 483-7750 | DATE<br>4-19-07 |

Form **SSA-2458** (02-1984) EF (07-2002)





THIS IS YOUR MEDICARE CARD. IT SHOWS 3-8
IF YOU HAVE HOSPITAL INSURANCE,
MEDICAL INSURANCE, OR BOTH. IT IS FOR
YOUR USE ONLY. SHOW YOUR CARD WHEN
YOU RECEIVE HEALTH SERVICES. ON ANY
CLAIMS, BILLS OR CORRESPONDENCE BE
SURE TO USE YOUR NAME AND CLAIM
NUMBER EXACTLY AS SHOWN ON THIS
CARD.

*********AUTO** 3-DIGIT 945

0216 RE 03-F-029594   062
**MING C YANG**
**89 BASINSIDE WAY**
**ALAMEDA CA 94502-6481**

**MEDICARE**                    **HEALTH INSURANCE**

**1-800-MEDICARE (1-800-633-4227)**

NAME OF BENEFICIARY
**MING C YANG**

MEDICARE CLAIM NUMBER          SEX
                               **MALE**
IS ENTITLED TO                 EFFECTIVE DATE

**HOSPITAL  (PART A)      03-01-2006**
**MEDICAL   (PART B)      02-01-2006**

SIGN
HERE ➡

557580727M   0216  5  K



**EXPRESS BENEFIT REPORT**
**SR 0554E (Rev. 3/2000)**

California State Teachers' Retirement System
Service Retirements Division, MS 65
7667 Folsom Boulevard, Post Office Box 15275
Sacramento, CA 95851-0275
Public Service Office 1 (800) 228-5453; TDD (916) 229-3541

## *PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.*

| MEMBER INFORMATION  (To be completed by the Member) |
|---|

*THIS FORM DOES NOT CONSTITUTE AN APPLICATION FOR ANY BENEFIT.*
*A SERVICE RETIREMENT APPLICATION (SR 0059) SHOULD BE FILED WITH THIS FORM.*

| Name (last) YANG | (first) MINGCHEN | (initial) GEORGE | Social Security Number ▇▇▇▇ |
|---|---|---|---|
| Address (number) 89 | (street) BASINSIDE WAY | (apt no.) | Birthdate (mo/ day /yr) 02/03/1941 |
| (city) ALAMEDA | (state) CALIFORNIA | (zip code) 94502 | Telephone Number ( 510  521-9931 |
| Position Title COORDINATOR OF STUDENT DISCIPLINE | | Return By  (mo/ day /yr) | |

| EMPLOYER INFORMATION  (To be completed by the Employer) |
|---|

*USE SR 0559 TO REPORT SUBSEQUENT CORRECTIONS*

Report unused and excess sick leave as of the employee's anticipated last day of paid service. The member will submit this report with the retirement application. To facilitate the timely processing of benefits, please return this form to the employee before the end of the month in which they will retire. If the application is to be submitted prior to the last day of paid service, any use of sick leave subsequent to submission of this form will require that the district send a correction on form SR 0559 to assure an accurate final benefit.

| County/District | Employer Contact Name | Employer Phone Number |
|---|---|---|
| 0  1  0  2  8 | Barbara Boyles | ( 510) 471-1100 X2218 |
| Employment Termination Date (mo/day/yr) 8/3/01 | Last Day of Compensation  (mo/day/yr) 8/3/01 | Retirement Date (mo/day/yr) 8/6/01 |

☐ **One year final compensation**
I certify pursuant to the district bargaining agreement that the present value payment for one-year final compensation will be made to CalSTRS within 30 days of receipt of billing for the above captioned member.

☐ **Final compensation salary reduction**
I certify that because of a reduction in school funds, the above member's salary was reduced during the following school year(s) _____/_____. This member is eligible to use any three non-consecutive years for final compensation.

**Unused sick leave report / excess sick leave billing**
Enter days only; **do not enter hours.** If the employee has no accumulated and unused sick leave days, enter zero "0." If excess sick leave days were accumulated and unused, complete the present value calculation as instructed on the reverse side and submit amount equal to the present value to CalSTRS within 30 days following the retirement date.
Have the form signed by the Superintendent or authorized Deputy.

| Accumulated Unused Sick Leave Days | Unused Excess Sick Leave Days | Contract Base Service Days |
|---|---|---|
| 574.20 | | 210 |

If the employee has unused excess sick leave, complete the present value calculation below.

| Unused Excess Sick Leave Days | | Contract Base Service Days | | Prior Year Earnable | | Present Value Factor | | Present Value |
|---|---|---|---|---|---|---|---|---|
| | ÷ | | X | | X | | = | |

**Employer Certification:**
I certify that the above information is true and correct to the best of my knowledge and is in accordance with the California Education Code.

| Signature (Superintendent or Authorized Deputy) | Official Title | Date (mo/day/yr) |
|---|---|---|
| *Barbara Boyles* | Manager, Business Services | 6/14/01 |

GRAY DAVIS, Governor

STATE OF CALIFORNIA



**State Teachers' Retirement System**
7667 Folsom Boulevard
P.O. Box 15275
Sacramento, CA 95851-0275

Toll Free - 1-800-228-5453
or - (916) 229-3870
Hearing Impaired - (916) 229-3541



**EMPLOYMENT TERMINATION OR SICK LEAVE DATA CORRECTION**
**SR 0559 (Rev. 12/96)**

Read instructions provided on reverse side before completing this form

| Member Name (Last, First, Initial) | Social Security Number |
|---|---|
| YANG, GEORGE | |

| County/District | Employer Telephone Number | Member's Birthdate (m/d/y) |
|---|---|---|
| 0 1 0 2 8 | ( 510 ) 471-1100 | 2/3/41 |

Please enter the employment termination or sick leave data as it was previously reported to STRS in the left column, and the correct date(s) or number of days in the right column. Have the form signed by the Superintendent or authorized Deputy and forward the form and the present value, if required, to STRS at the above address.

Previous Data Submitted Via:  ☒ SR 0554L  ☐ SR 0554

| | | Previous Data | Corrected Data |
|---|---|---|---|
| Employment Termination Date | | 8 / 3 / 01 | 8 / 3 / 01 |
| Last Day of Compensation | | 8 / 3 / 01 | 8 / 3 / 01 |
| Last Day of Work | | 8 / 3 / 01 | 8 / 3 / 01 |
| Accumulated Unused Sick Leave Days | Regular | 574.20 | 439.20 |
| | Excess* | -0- | 135.00 |
| | Total | 574.20 | 574.20 |
| Base Service Days of Contract for Final Year | | 210 | 210 |

\* If excess sick leave is corrected, present value must be re-calculated below.

If excess sick leave days were accumulated and unused, complete the present value calculation below.

| 135.00 | ÷ | 210 | x | 98,902.00 | x | .271 | = | $17,231.29 |
|---|---|---|---|---|---|---|---|---|
| Unused Excess Sick Leave Days | | Contract Base Service Days | | Prior Year Earnable | | Present Value Factor | | Present Value |

Subtract Original Present Value  —  -0-

Submit Difference of Present Value to STRS or, if negative, STRS will refund.  $ 17,231.29

☐ **One-year final compensation**
I certify pursuant to the district bargaining agreement that the present value payment for one year final compensation will be made to STRS within 30 days of receipt of billing for the above captioned member.

☐ Having previously certified pursuant to the district bargaining agreement for one year final compensation,
I now hereby *repeal certification* for the above captioned member.

☐ **Final compensation salary reduction**
I certify that because of a reduction in school funds, the above member's salary was reduced during the following school years(s)  /  . This member is eligible to use any three non-consecutive years for final compensation.

**Certification**
I certify that the above information is true and correct to the best of my knowledge and is in accordance with the California Education Code.

| Signature (Superintendent or Authorized Deputy) | Official Title | Date (m/d/y) |
|---|---|---|
| *Joe Aversano* | Director, Fiscal Services | 2/6/04 |

 KAISER PERMANENTE®

Kaiser Foundation Health Plan, Inc.

**April 18 ,2007**

Ming Chen Yang
89 Basinside Way
Alameda,CA 94502

To whom it may concern:

According to our Membership Accounting Department, the following
individual(s) are members of Kaiser Foundation Health Plan Inc:

NAME:  Ming Chen Yang
DOB:    02/03/1941
GROUP: 28684
MRN:   11-1505113

Ming Chen Yang, has Senior Advantage through his group
New Haven Unified School District

If you have any questions, please feel free to contact the Customer Service Call
Center at 800-464-4000.

Sincerely,

*Derrick Stoots*

Health Plan Representative
Fremont Member Services

39400 Paseo Padre Parkway
Fremont, California 94538
1-800-464-4000
Fax: (510) 248-3564

04604-015 (REV. 8-03)

# NOTICE OF EMPLOYMENT

**DATA CHANGE FORM**

12/30/77

8—NEW HAVEN UNIFIED SCHOOL DIST.

IR  GEORGE YANG

435 OLIVE AVE

REMONT CA 94538

YOU ARE HEREBY NOTIFIED THAT THE FOLLOWING INFORMATION IS ON YOUR OFFICIAL PERSONNEL RECORD. PLEASE CHECK CAREFULLY AND UPDATE AS FOLLOWS.

A. ADD OR CORRECT ANY MISSING OR INCORRECT ITEMS.
B. ATTACH AN OFFICIAL TRANSCRIPT OF ANY ADDITIONAL UNITS OF STUDY TO BE ADDED.
C. SIGN CORRECTED COPY AND RETURN TO YOUR SCHOOL OR DEPARTMENT OFFICE.
D. IF CORRECTIONS OR ADDITIONS HAVE BEEN MADE, YOU WILL RECEIVE AN OFFICIAL CORRECTED COPY FOR YOUR FILE.

| PAYROLL—PERSONNEL USE ONLY | TRANSACTION DATE | | | |
| --- | --- | --- | --- | --- |
| AUTHORIZED BY | MO | DA | YR | EMPLOYEE SIGNATURE |

| 9040 | | M | 9 | 02/03/41 | D0 | 07/79 | 1 | 57 | 12 | N | 856-1863 | CONF | EX |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EMPL. NO | SOC—SEC—NO | SEX MS | DEP EC CIT | BIRTHDATE | LOC | TB DATE | RETIRE | PMT | FICA | | HOME PHONE | | BUSINESS PHONE |
| 99 | 10 11 12 | 13 14 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | 23 | |

| 0 | S | 00 | | PERMANT | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| STAT | W4 | DEP | ST | ADDIT | ADDIT | EMPL | 1 | 2 | 3 | BACH | MASTER DOCT DEGREE COMP |
| 24 | 25 | 26 ST TAX | 27 | 28 STATUS | SPECIAL COMP 29 | | | | 30 31 32 DEGREE DATE | |

| 7/01/63 | 06 | 1 | AP | D0 | 02 03 | .0 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| HIRE DATE | HIRE SEQ | SCHD-CLAS-STEP | 35 36 37 | | OVER BACH 38 | WORK LOC 40 | POSITION COMP 54 | | |

| 49 | CD | CREDENTIAL DESCRIPTION | DATE | EX |
| --- | --- | --- | --- | --- |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

| NO | CODE 50 | MAJOR DESCRIPTION | CODE 51 | MINOR DESCRIPTION |
| --- | --- | --- | --- | --- |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

## JOB ASSIGNMENT — COMPENSATION

| | COMP TYPE | PAY GRP | ACCOUNT REFERENCE | JOB CODE | DESCRIPTION | ASSIGN DATE | FULL TIME | C D | PAY RATE | ANNUAL SALARY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | -1- MONTH | 100 | 10-025 -06050 | 1200 | 04900 ASST PRINCI | | 100.00 | 1 | 1972.08 2074.41 | 25611.00 24893.00 |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| | | | | | PERSONNEL TRANSACTION | 77/78 | | TOTAL | 2074.41 | 24893.00 |

D-11 6/73

ALAMEDA COUNTY SCHOOLS PAYROLL
## PAYROLL MASTER CARD

NAME **YANG, GEORGE**　　　　DATE **06/12/76**

| 28 | SOC. SEC. NO. | | | | | | | | | | | | | |

| C/N | TK | FUND | ACTIVITY/PROGRAM | OBJECT | SITE | OPTION | H.D.M | RATE CODE | % · RATE | | TIMEKEEP LOCATION | CODE | OCCUPATION DESCRIPTION | CERTIFICATED SUBJECT MATTER AREA OR (HOURLY) G | R | S | RET CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | M | 10 | 0101 | 1100 | 200 ~~251~~ | | M | X | 100.00 | | 010 | 300 | TEACHER | 159 | | | |
| O | S | 10 | 0121 | 1200 | 200 | | H | R | 10.23 | | 999 | 316 | SUM SCHTCH | 009 | 001 | 001 | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

| STREET ADDRESS LINE 1 | | | CODE 04 | PRIMARY JOB C/N   OCCUP | ANNUAL SALARY | MONTHLY SALARY | % FULL TIME | PAYMENT CODE HDM   NO.PMTS P/R | WARRANT LOCATION | SOL CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1413 OLIVE AVE | | | | C   300 | 18,600.00 | 1,550.00 | | M   12   2 | AMD | 2 |

| STREET ADDRESS LINE 2 | | | CODE 06 | RETIREMENT CODE | RATE | STATUS | MAXIMUM SERVICE T/O | TIME | EXPERIENCE O/S CAL CALIF. DISTRICT | RACE | GRADES TAUGHT | TB EXPIRES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 8.00 | T | 179 | 00   02   02 | Z | K-12 | 07-79 |

| CITY | STATE | ZIP CODE | HOME TELEPHONE | CODE 08 | CODE | LOCATION | BANK DEPOSITING ACCOUNT NO. | BEGIN | STOP | YR. | SALARY ADVANCE | OPTIONAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREMONT | CA | 94538 | 856-1863 | | | | | | | | | |

| FRINGE BENEFITS CODE | VACATION FACTOR | SICK LEAVE FACTOR | VACATION INCREMENT | BLS CODE | CODE | OVERTIME FACTOR | MAR STAT | CODE 10 | CODE | ALLOWANCES & EXTRA COMPENSATION AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1.00 | | F | A | 1.00 | S | | A | 25.00 | | | | | | |

| DEGREES | CREDITS | GROUP | RANGE | STEP | CODE | PROMOTION DATE | MONTHS EMPLOYED | NO. OF PAYMENTS | 1ST PAYMENT | LAST PAYMENT | DOUBLE PAYMENT ON   AND ON | BIRTHDATE | 12 | STRS DATE | FIRST HIRE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | | 3 | 05 | 12 | T | 12/31/99 | 10 | 12 | 07 | 06 | | 02/03/41 | | | 07/01/63 |

| CT 13 | REASON | START - TERMINATE EFFECTIVE DATE | SEX M/S | FED W/H EXEMP M/S | DE4 W/H EXEMP M/S | NAME 14 | LAST | FIRST | INITIALS | 15 | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 18 | 07/01/74 | M S | 00 | | | YANG, GEORGE | | | | 0557-58-0727 |

```
+==============================  =============================  ==================+
|District: 28                    EMPLOYEE ATTRIBUTES                Fiscal Year: 07|
|--------------------------------------------------------------------|Appl:        |
|  SSN                           EIN:                                 Eff: 07/01/2004|
|  Last: YANG                    First: GEORGE         Mi:   Status: RETIRED AC|
|------------------------------------------------------------------------------|
|  Last: YANG                    First: GEORGE         Mi:                      |
| Status: RA RETIRED AC   Classification: RA RETIRED ACTIVE                     |
|  Type: PE   PERMANENT EMPLOYEE                  Work Mail:                    |
|  Title:        Sex: M (M/F)              Previous Name:                       |
| ----------Mailing Address-------- Restrict? Y --------Home Address----------  |
|  Addr1: 89 BASINSIDE WAY            Addr1:                                    |
|  Addr2:                             Addr2:                                    |
|   City: ALAMEDA            State: CA  City:                         State:    |
|  Cntry:              Zip: 94502-0000                      Zip:       -        |
|--------------------------- P H O N E S ---------------------------------------|
|  Home: (510) 521-9931 Restrict? Y        Work: (  )   -      Ext:             |
|Message: (  )   -    Ext:                  Car: (  )   -                       |
|   Fax: (  )    -                        Pager: (  )   -                       |
|Birthdate: 02/03/1941  Age: 66   Drivers License:        Expire:   /  /        |
|Bilingual: Lang---Fluency---Translator      Lang---Fluency---Translator        |
|                                                                               |
+===| Comment: CONVERTED ON 12/11/1999                                      |==+
Inquiry access only.
```