ORIGINAL

FILED
08 FEB 22 PM 4:46
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
[ILLEGIBLE] OF CALIFORNIA

1 ELEANOR TUMANENG ANGELES, State Bar #195235
  ANGELES & ASSOCIATES
2 2610 Central Avenue, Ste 130
  Union City, CA 94587
3 (510) 487-7475 office
  (510) 487-7275 facsimile
4
  Attorney for Petitioner
5 MING CHEN GEORGE YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08 80 023 MISC    VRW

| In the Matter of: | ) |  |
|---|---|---|
|  | ) | DECLARATION OF |
|  | ) | MING WEI LENA ZEE |
|  | ) | IN SUPPORT OF MOTION TO |
|  | ) | CHANGE DATE OF BIRTH ON |
|  | ) | PETITIONER'S CERTIFICATE |
| MING CHEN GEORGE YANG, | ) | OF NATURALIZATION |
|  | ) |  |
| Petitioner. | ) | Hearing date: |
|  | ) | Time: |

I, MING WEI LENA YANG ZEE declare:

1. I am the sister of the Petitioner, MING CHEN GEORGE YANG, in this matter and am preparing this declaration in support of Petitioner's motion for an order to change the date of birth on his naturalization certificate. I am making this declaration as to the facts as I know them or as I believe them to be true. If called to personally testify in court, I would testify honestly and competently as to the matters set forth below.

2. I was born on January 31, 1940 in Shanghai, China. I do not have an official birth certificate because the Government of China did not maintain the pertinent record.

3. Sometime in 1958 when I was 18 years old, my parents sought political asylum from the Communist regime in China and my family was thereafter sponsored by the World Council of Churches. My Certificate of Identity, which was issued by an Immigration Officer in

DECLARATION OF MING WEI LENA ZEE IN SUPPORT OF MOTION TO CHANGE
DATE OF BIRTH ON NATURALIZATION CERTIFICATE                                    1

1 Hong Kong, stated that my birth date was January 31, 1940. After my family was granted
2 asylum, I used this Certificate of Identity, which served as a national passport, to enter the
3 United States as a lawful permanent resident.
4     4.    In 1963, I became eligible to become a U.S. citizen and therefore submitted a
5 Declaration of Intent to become a U.S. citizen. My Declaration of Intent and my initial
6 application for naturalization state that my birth date is January 31, 1940.
7     5.    Sometime after I submitted my naturalization application, my brother and I
8 received information from our parents that our dates of birth were allegedly reported incorrectly
9 to the Hong Kong government as the result of an incorrect conversion from the Chinese Lunar
10 Year to the Western calendar. Accordingly, my brother, the Petitioner, submitted a letter on our
11 behalf on March 3, 1964 to request that his birth date be changed from February 3, 1941 to
12 February 3, 1942 and that my birth date be changed from January 31, 1940 to January 31, 1941,
13 the dates our parents had told us were our actual birth dates. See EXHIBIT D, which is the
14 March 3, 1964 Letter. I later obtained my citizenship and a certificate of naturalization
15 indicating my date of birth as January 31, 1941.
16     I declare under penalty of perjury under the laws of the state of California that the
17 foregoing is true and correct.
18     Executed in Union City, California, this _28th_ day of _Sept._, 2007.

                                                    MING WEI LENA ZEE

**DECLARATION OF MING WEI LENA YANG IN SUPPORT OF MOTION TO
CHANGE DATE OF BIRTH ON NATURALIZATION CERTIFICATE**     2