IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

MING CHEN GEORGE YANG,

    Petitioner,

_____/

No. C 08-80023 VRW (MISC)

**CLERK'S NOTICE**

(Plaintiff is directed to serve a copy of this notice on any party in the above-entitled action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

    YOU ARE NOTIFIED THAT a hearing on Petitioner's Motion to Change the Date of Birth on Petitioner's Certificate of Naturalization has been scheduled on **May 29, 2008 at 2:30 p.m.** Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: March 12, 2008

                             FOR THE COURT,
                             Richard W. Wieking, Clerk

                           By: *Cora Klein*
                             Courtroom Deputy Clerk to
                             Chief Judge Vaughn R Walker