UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

In the matter of:
Ming Chen George Yang,

    Petitioner.

C08-80023 VRW (MISC)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2008 I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eleanor Tumaneng Angeles
Angeles & Associates
2610 Central Avenue, Ste 130
Union City, CA 94587


Dated: March 12, 2008

                Richard W. Wieking, Clerk
                By: Cora Klein, Deputy Clerk

*Cora Klein*