1
2
3
4                        IN THE UNITED STATES DISTRICT COURT
5
                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7
   IN THE MATTER OF:                        No.  C 08-80023  VRW (MISC)
8  MING CHEN GEORGE YANG,
                                            **CLERK'S NOTICE** resetting time
9
              Petitioner,
10
11
   _____/
12
13
14
   (Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party
15 not appearing on the Notice of Electronic Filing  and/or the attached Certificate of Service)
16
17        YOU ARE NOTIFIED THAT the court is resetting the time to hear Petitioner's  motion
18 to change the date of birth on Petitioner's certificate of naturalization currently scheduled for May
19 29, 2008 at 2:30 p.m.   **to 10:30 a.m.**
20 Please report to courtroom no. 6, 17th floor, 450 Golden Gate Ave. San Francisco, California.
21
22 Dated:  April 21, 2008
23                                           FOR THE COURT,
                                             Richard W. Wieking, Clerk
24
25                                      By:  *Cora Klein*
                                             Cora Klein, Courtroom Deputy Clerk to
26                                           Chief Judge Vaughn Walker
27
28

**United States District Court**
For the Northern District of California