IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the matter of              No   Misc 08-80023 VRW
MING CHEN GEORGE YANG.
_____/   ORDER

       Petitioner Ming Chen George Yang filed a petition to change the date of birth on his certificate of naturalization.  Doc #1.  Although Yang served a copy of his petition on the district director of the United States Citizenship and Immigration Services, in accordance with 8 CFR § 334.16, it appears that Yang did not serve the United States as required by FRCP 4(i)(2).

       The hearing scheduled for May 29, 2008 at 10:30 am is VACATED.  Not later than twenty days from the date of this order, Yang shall file proof that he has served summons and a copy of his petition on the United States.  See FRCP 4(i)(1).  Once Yang has filed proof of service, he may notice a new date for hearing on his petition.

       IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge