UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: MING CHEN GEORGE YANG,

Petitioner,

/

Case Number: C08-80023 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David N. Still
USCIS, Department of Homeland Security
630 Sansome Street
San Francisco, CA 94111

Eleanor Tumaneng Angeles
Angeles & Associates, PLC
2610 Central Avenue, Ste 130
Union City, CA 94587

Dated: May 27, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*